UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN VOISEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CV 757 CDP |
| | ) | |
| ADAMS & ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

Plaintiff moves to compel defendant to answer certain interrogatories and to produce documents in response to certain requests, and defendant asks that plaintiff be prohibited from taking the deposition of Roy Adams, defendant's CEO. Upon consideration of the issues raised in the motions and the parties' respective positions,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Compel Discovery [26] is granted in part and denied in part as follows:

- With respect to the financial information sought in Request for Production Nos. 6 and 7, and in Interrogatory No. 15, the motion to compel is denied. However, defendant will be required to produce discovery on its net worth no later than thirty (30) days before trial.

- With respect to Request for Production No. 15, the motion to compel is granted. Within ten (10) days of the date of this Order, defendant shall produce the requested information regarding any CDL driver in the St. Louis Job Corps regardless of whether they and plaintiff had the same supervisor(s).

- With respect to Request for Production Nos. 21-23, and Interrogatory Nos. 5, 12, and 13, the motion to compel is denied.

- With respect to plaintiff's request for information required to be disclosed under Fed. R. Civ. P. 26(a)(1)(A)(i), the motion to compel is granted. Within ten (10) days of the date of this Order, defendant shall provide to plaintiff the current addresses and telephone numbers of disclosed witnesses Redford Salmon, Michael Goodall, and Lydia Hendricks. To the extent plaintiff asks that I compel defendant to clarify the nature of its counsel's relationship with these witnesses, the motion is denied.

**IT IS FURTHER ORDERED** that defendant's Motion for Protective Order and to Quash the Deposition Notice of Roy Adams [35] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2019.