UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN VOISEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CV 757 CDP |
| | ) | |
| ADAMS & ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

I have reviewed defendant Adams & Associates, Inc.'s motion for summary judgment, and the materials and briefs submitted in support of each party's position, and find there to be genuine issues of material fact in dispute between the parties, including, but not limited to, whether and to what extent plaintiff Kevin Voisey's reports to his superiors of sexual misconduct involving staff member(s) factored into Adams & Associates' decision to terminate his employment; whether and to what extent the manner by which Adams & Associates terminated Voisey's employment differed in any material respect from its disciplinary policy and/or the manner by which it disciplined and/or terminated similarly-situated employees; and whether the explanations given for Voisey's termination had any basis in fact, were inconsistent or changed substantially over time, or were contrary to recent favorable observations and reviews of Voisey's work.

On the evidence and information before the Court, genuine disputes of material fact remain in this case. Because Adams & Associates has not demonstrated that undisputed facts entitle it to judgment as a matter of law as required by Fed. R. Civ. P. 56(a), I will deny its motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Adams & Associates, Inc.'s Motion for Summary Judgment [82] is **DENIED.** This case remains set for jury trial on the two-week docket beginning June 8, 2020.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of February, 2020.